# EXHIBIT I

1

IN THE MATTER OF THE CLAIM OF
-----------------------------------------x
ANDREA BRYAN,

              Claimant,

     -against-

COMMACK UNION FREE SCHOOL DISTRICT,
CHARLES J. SCHULZ AND LESLIE BORITZ,

              Respondent.
-----------------------------------------x

              534 Broadhollow Road
              Melville, New York
              February 25, 2020
              10:32 a.m.

     DEPOSITION PURSUANT TO SECTION 50-H of the General Municipal Law of the State of New York, in the matter of the claim of ANDREA BRYAN, the Claimant herein, suing herein as ANDREA BRYAN, Claimant, held at the above-noted time and place before KAY RACHEK, a Stenotype Reporter and Notary Public within and for the State of New York.



Enright Court Reporting     (631) 589-7788

64

1      Andrea Bryan

2   rep say she did nothing wrong.  She followed
3   protocol.
4       Q    I realize your union rep said that, but
5   you realize that you made a misrepresentation to Mr.
6   N; right?
7       A    Based on what I was told, yes.
8       Q    Well, not based on what you were told.
9   You told Mr. N that B was never told buses were late
10  that day and he created the story to avoid getting a
11  pass.  That was not true; correct?
12      A    Right, that was not true.
13      Q    At the time that you made that
14  representation to him, you had not confirmed that he
15  was lying; you just assumed based on other facts?
16      A    Right.  Based on protocol for --
17      Q    You think it's okay to lie to parents
18  without confirming?
19      A    No, I don't.
20      Q    So, again, the only directive you were
21  given was to be courteous to students?
22      A    Yes.
23      Q    Am I correct, you were also asked to
24  handle disciplinary matters privately?
25      A    Yes.