# EXHIBIT A

# EMPLOYEE DISCUSSION GUIDE

Employee Name: J. TEPPERWEIN
Location: 23' Control room
Date of Meeting: 1/22/06
Time of Meeting: 11:25

This guide is used by supervision to document disciplinary action(s) to a Security Force Member (SFM). By itself it will usually be sufficient documentation for Counseling and Verbal Warning; for Letter of Reprimand and Suspensions, also use this sheet to prepare a letter to the employee.

## PRE-MEETING PREPARATION

Reason for discussion: NOT INSPECTING ASSIGNED EQUIPMENT ON 01/07/06 WHEN ASSIGNED TO U-55.

Date(s) of previous discussion(s) about this problem: ~~JH~~ 10/05/05 (U-35 missing vest)

Is employee currently in an active in the (step wise) discipline process? (Check one →)   Yes _____   No ✓
If (Yes) check corresponding level of discipline below.↓

Verbal Warning _____   Letter of Reprimand _____   Suspension _____   Counseling _____
Which was administered on _____ (date) for _____ (reason)

Actual Performance: DID NOT INSPECT ASSIGNED EQUIPMENT

Desired Performance: TO CHECK AND INSPECT ASSIGNED EQUIPMENT WHEN ASSUMING A POST AND REPORT ANY ISSUES.

Impact/business reason why employee must solve this problem: TO ENSURE EQUIPMENT IS IN SATISFACTORY CONDITION FOR USE AND PRESENT.

Consequence to employee for failing to improve to an acceptable level: STEP WISE DISCIPLINE LEVEL.

Other factors to consider in evaluating this problem:
  ✓ Length of service                         _____ Attendance Record
  ✓ Overall work record                       _____ Recent discussion about this or other problems
  _____ Discuss with others for consultation/approval    _____ None

This conversation is intended to be:
  ✓ Counseling    _____ Suspension    _____ Verbal Warning    _____ Letter of Reprimand    _____ Other

May 11, 2004-Rev-1

1