UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------- X

ANDREA BRYAN,

                           Plaintiff,

            -against-

COMMACK UNION FREE SCHOOL
DISTRICT, DONALD JAMES, LESLIE
BORITZ AND CHARLES J. SCHULZ

                        Defendants.

-------------------------------------------------------- X

Docket No. 18-cv-07249
(AMD) (PK)

**STIPULATION OF
DISSMAL WITH
PREJUDICE**

     **IT IS HEREBY STIPULATED AND AGREED**,  by and between the undersigned

counsel of record for the parties, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii),

the above-captioned action is hereby dismissed with prejudice as against the Defendants without

costs, disbursements or attorneys' fees to any party.

Dated: October 25, 2021

_____
Peter A. Romero, Esq.
LAW OFFICE OF PETER A.
ROMERO PLLC      `
*Attorneys for Plaintiff*
825 Veterans Highway, Suite B
Hauppauge, New York 11788
(631) 257-5588

_____
Matthew J. Mehnert, Esq.
Joshua S. Sprague, Esq.
LAMB & BARNOSKY, LLP
*Attorneys for Defendants*
534 Broadhollow Road, Ste. 210
P.O. Box 9034
Melville, New York 11747-9034
(631) 414-5852